

# SPROUTS FARMERS MARKET

Sprouts Farmers Market (SFN)  5455 E High St Phoenix, AZ 85054-5464  480-814-8016
Christopher Andrukaitis  2221 Chace Lake Drive Hoover, AL 35244

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Christopher Andrukaitis | SFM, LLC Registered in California as SF Markets, LLC | 60214692 | 04/25/2022 | 05/01/2022 | 05/06/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 28.00 | 432.04 | 0.00 | 46.38 | 0.00 | 385.66 |
| YTD | 576.36 | 8,943.32 | 0.00 | 1,023.61 | 5.21 | 7,914.50 |

| Team Member Earnings | | | | | | | Team Member Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Regular | 04/25/2022 - 05/01/2022 | 28 | 15.43 | 432.04 | 560.95 | 8,655.54 | OASDI | 26.79 | 554.49 |
| Spot Award | | | 0 | | 0 | 50.00 | Medicare | 6.27 | 129.68 |
| Training | | | 0 | | 15.41 | 237.78 | Federal Withholding | 0.00 | 11.00 |
| | | | | | | | State Tax - AL | 9.00 | 239.00 |
| | | | | | | | City Tax - BIRM | 4.32 | 89.44 |
| Team Member Earnings | | | | 432.04 | | 8,943.32 | Team Member Taxes | 46.38 | 1,023.61 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Apparel Purchase | | 5.21 |
| Post Tax Deductions | 0.00 | 5.21 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Co Life/AD&D | 1.50 | 13.50 | OASDI - Taxable Wages | 432.04 | 8,943.32 |
| Co Provided STD | 2.95 | 26.55 | Medicare - Taxable Wages | 432.04 | 8,943.32 |
| Memo - Vacation Accrual (Accounting) | 8.34 | 172.31 | Federal Withholding - Taxable Wages | 432.04 | 8,943.32 |
| | | | State Tax Taxable Wages - AL | 432.04 | 8,943.32 |
| Employer Paid Benefits | 12.79 | 212.36 | City Tax Taxable Wages - BIRM | 432.04 | 8,943.32 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Married | Description | Accrued | Used | Available |
| | | | Paid Sick / Paid Leave | 0.94 | 0 | 20.33 |
| Allowances | 0 | 0 | Vacation | 0.54 | 0 | 11.76 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells Fargo | Wells Fargo ******8826 | ******8826 | | 385.66 USD |

Case 22-01544-DSC13    Doc 5    Filed 07/06/22    Entered 07/06/22 12:57:32    Desc Main
Document      Page 1 of 3



Sprouts Farmers Market (SFN)   5455 E High St Phoenix, AZ 85054-5484   480-814-8016
Christopher Andrukaitis   2221 Chace Lake Drive Hoover, AL 35244

| Team Member | Employer | Team Member ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Christopher Andrukaitis | SFM, LLC Registered in California as SF Markets, LLC | 60214692 | 05/02/2022 | 05/08/2022 | 05/13/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Team Member Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 33.66 | 519.38 | 0.00 | 59.92 | 0.00 | 459.46 |
| YTD | 610.02 | 9,462.70 | 0.00 | 1,083.53 | 5.21 | 8,373.96 |

### Team Member Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | 05/02/2022 - 05/08/2022 | 33.66 | 15.43 | 519.38 | 594.61 | 9,174.92 |
| Spot Award | | | 0 | | 0 | 50.00 |
| Training | | | 0 | | 15.41 | 237.78 |
| Team Member Earnings | | | | 519.38 | | 9,462.70 |

### Team Member Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 32.20 | 586.69 |
| Medicare | 7.53 | 137.21 |
| Federal Withholding | 0.00 | 11.00 |
| State Tax - AL | 15.00 | 254.00 |
| City Tax - BIRM | 5.19 | 94.63 |
| Team Member Taxes | 59.92 | 1,083.53 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Apparel Purchase | | 5.21 |
| Post Tax Deductions | 0.00 | 5.21 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Co Life/AD&D | 1.50 | 15.00 |
| Co Provided STD | 2.95 | 29.50 |
| Memo - Vacation Accrual (Accounting) | 10.03 | 182.34 |
| Employer Paid Benefits | 14.48 | 226.84 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 519.38 | 9,462.70 |
| Medicare - Taxable Wages | 519.38 | 9,462.70 |
| Federal Withholding - Taxable Wages | 519.38 | 9,462.70 |
| State Tax Taxable Wages - AL | 519.38 | 9,462.70 |
| City Tax Taxable Wages - BIRM | 519.38 | 9,462.70 |

### Federal

| Marital Status | Married filing jointly (or Qualifying widow(er)) |
| Allowances | 0 |
| Additional Withholding | 0 |

### State

| Marital Status | Married |
| Allowances | 0 |
| Additional Withholding | 0 |

### Absence Plans

| Description | Accrued | Used | Available |
|---|---|---|---|
| Paid Sick / Paid Leave | 1.13 | 0 | 21.46 |
| Vacation | 0.65 | 0 | 12.41 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******8826 | ******8826 | | 459.46 USD |

**CRESTVIEW MANAGEMENT, LLC**
740 CENTRE VIEW BLVD
CRESTVIEW HILLS KY 41017
(859)331-0091

**CHRISTOPHER J ANDRUKAITIS**
EMPLOYEE ID:   232398
DEPARTMENT:   217402240
DD RECEIPT:    1240627656



Pay Period   05/27/2022  -  06/09/2022
Pay Date     06/17/2022

FITWH    Filing Status: M
AL       Filing Status: M  Exemptions: 0

| Earnings | RATE | HOUR/UNIT | CURRENT | YTD HOUR/UNIT | YTD |
|---|---|---|---|---|---|
| Hourly | 12.00 | 39.75 | 477.00 | | |
| Hourly | 10.00 | 17.6833 | 176.83 | 57.4333 | 653.83 |
| OT | 15.00 | 0.9333 | 14.00 | 0.9333 | 14.00 |
| HouseTips | | | 527.69 | | 527.69 |
| Total | | 58.3666 | $1,195.52 | 58.3666 | $1,195.52 |
| Total Hours Worked | | 58.3666 | | 58.3666 | |

| Deductions | CURRENT | YTD |
|---|---|---|
| Meal Charg | 7.00 | 7.00 |
| Total | $7.00 | $7.00 |

| Taxes | CURRENT | YTD |
|---|---|---|
| MED | 17.34 | 17.34 |
| SOC | 74.12 | 74.12 |
| AL | 34.44 | 34.44 |
| ALBIR | 11.96 | 11.96 |
| Total | $137.86 | $137.86 |

**Net Pay**    XXXXXX8826            $1,050.66

**THIS IS NOT A CHECK. THIS DOCUMENT IS TO BE USED FOR INFORMATIONAL PURPOSES ONLY.**

CRESTVIEW MANAGEMENT, LLC
740 CENTRE VIEW BLVD
CRESTVIEW HILLS KY 41017

Direct Deposit #   1240627656
Date               06/17/2022

Pay this Amount

** N O N - N E G O T I A B L E ** D I R E C T   D E P O S I T   R E C E I P T **    VOID ** VOID **

217402240    DD

Pay to the
Order of

**CHRISTOPHER J ANDRUKAITIS**
662 CHELSEA STATION CIR
CHELSEA AL 35043-3081

DIRECT DEPOSIT  $1,050.66
TO ACCOUNT #    XXXXXX8826
BANK #          XXXXX0080

N O N - N E G O T I A B L E