IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No.: 22-01544-DSC13 |
| CHRISTOPHER JOHN ANDRUKAITIS, ) | |
| SSS: ###-##-7208 ) | |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

COMES NOW Bradford W. Caraway, Standing Chapter 13 Trustee, and hereby objects to the claim of exemptions made by the Debtor. As grounds therefor, the Trustee offers the following:

1. On Schedule C of the petition, the Debtor does not disclose the year of income tax refund being exempted.

WHEREFORE the Trustee objects to the Debtor's claim of exemptions and moves this Honorable Court to disallow any personal property exemption that exceeds the statutory limit. The Trustee prays for such other relief as the Court deems appropriate.

          Bradford W. Caraway
          Chapter 13 Standing Trustee

          By:    /s/Mary Frances Fallaw
          Mary Frances Fallaw
          Staff Attorney
          Post Office Box 10848
          Birmingham, Alabama 35202
          (205) 323-4631

KM

CERTIFICATE OF SERVICE

    I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 15th day of August 2022:

BOND, BOTES, REESE & SHINN, P.C.
ECFBIRMINGHAM@BONDNBOTES.COM

CHRISTOPHER JOHN ANDRUKAITIS
662 CHELSEA STATION CIRCLE
CHELSEA, AL 35043

                                            /s/Mary Frances Fallaw
                                            Staff Attorney

KM