IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| In Re: | ) | |
|---|---|---|
| | ) | Case No.: 22-01544-DSC13 |
| CHRISTOPHER JOHN ANDRUKAITIS, | ) | |
| SSS: ###-##-7208 | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and objects to the confirmation of Debtor's plan and moves to dismiss this case based upon the following grounds:

1. The Debtor is not paying as proposed in the plan.

WHEREFORE, the Trustee objects to the confirmation of the Debtor's plan and moves to dismiss this case. The Trustee prays for such other relief as the Court deems appropriate.

Bradford W. Caraway
Chapter 13 Standing Trustee

By: /s/Mary Frances Fallaw
Mary Frances Fallaw
Staff Attorney
Post Office Box 10848
Birmingham, Alabama 35202
(205) 323-4631

CERTIFICATE OF SERVICE

KM

     I hereby certify that a correct copy of the forgoing Objection has been forwarded by email or U.S. Mail to the following on this the 15th day of August 2022:

    BOND, BOTES, REESE & SHINN, P.C.
    ECFBIRMINGHAM@BONDNBOTES.COM

    CHRISTOPHER JOHN ANDRUKAITIS
    662 CHELSEA STATION CIRCLE
    CHELSEA, AL 35043

                                                  /s/Mary Frances Fallaw
                                                  Staff Attorney

KM