# UNITED STATES BANKRUPTCY COURT
Northern District of Alabama

In re: Christopher John Andrukaitis           Case # 22-01544

Claim # 7

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

    PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding hereby withdraws Proof of Claim number 7 dated September 7, 2022.

Dated: September 20, 2022

                                                    /s/ Angela Walmsley
                                                    Lead Bankruptcy Specialist
                                                    Midland Credit Management, Inc.
                                                    PO Box 2037
                                                    Warren, MI 48090
                                                    Phone: 877-495-2902
                                                    Fax: 866-818-1718
                                                    Email: bankruptcydm@mcmcg.com