In re:  
Christopher John Andrukaitis  
Debtor

Case No. 22-01544-DSC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1126-2 | User: admin | Page 1 of 3  
Date Rcvd: Sep 19, 2022 | Form ID: pdfcfm | Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher John Andrukaitis, 662 Chelsea Station Circle, Chelsea, AL 35043-3081 |
| cr | + | North Shelby Fire & Emergency Medical Services, Comer & Upshaw, LLP, 5184 Caldwell Mill Road, Suite 204 #287, Birmingham, AL 35244-1913 |
| 10904510 | + | BSI FINANCIAL SERVICES, % RUBLIN LUBLIN LLC, 11 N WATER STREET, SUITE 10290, MOBILE AL 36602-5010 |
| 10906732 | + | Greenvale Pediatrics, CCRSI, P.O Box 10, Jasper, AL 35502-0010 |
| 10904516 | + | HOLLY HOLLON, 662 CHELSEA STATION CIRCLE, CHELSEA AL 35043-3081 |
| 10904518 | + | NORTH SHELBY FIRE & EMERGENCY, % COMER & UPSHAW, LLP, 5184 CALDWELL MILL ROAD, SUITE 204 #287, BIRMINGHAM, AL 35244-1913 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10904508 | + | Email/PDF: bncnotices@becket-lee.com | Sep 19 2022 23:34:08 | AMERICAN EXPRESS, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO TX 79998-1540 |
| 10928684 | | Email/PDF: bncnotices@becket-lee.com | Sep 19 2022 23:34:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 10904509 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 19 2022 23:31:00 | BSI FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 517, TITUSVILLE PA 16354-0517 |
| 10904511 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2022 23:32:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS OH 43218-2125 |
| 10904512 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2022 23:34:08 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS NV 89193-8873 |
| 10904513 | + | Email/Text: mrdiscen@discover.com | Sep 19 2022 23:31:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY OH 43054-3025 |
| 10911630 | | Email/Text: mrdiscen@discover.com | Sep 19 2022 23:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 10904514 | + | Email/Text: sandy@ccrsi.com | Sep 19 2022 23:31:00 | GREENVALE PEDIATRICS, % CREDIT & COLLECTIONS, 403 4TH AVE S, JASPER AL 35501-3705 |
| 10904515 | ^ | MEBN | Sep 19 2022 23:27:40 | HAVEN APARTMENT HOMES, % RENT RECOVERY SOLUTION LLC, 1945 THE EXCHANGE, STE 120, ATLANTA GA 30339-2062 |
| 10946545 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2022 23:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 10904517 | | Email/Text: bankruptcy@nathan-nathan.com | Sep 19 2022 23:31:00 | NATHAN & NATHAN, 2215 1ST AVENUE |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | SOUTH, BIRMINGHAM AL 35233 |
| 10905842 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 19 2022 23:33:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 10945959 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2022 23:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 10904519 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 23:33:52 | SYNCHRONY BANK/PEPBOYS, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO FL 32896-5060 |
| 10904520 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 23:33:52 | SYNCHRONY BANK/QVC, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO FL 32896-5060 |
| 10948304 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 19 2022 23:34:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 10945095 | ^ | MEBN | Sep 19 2022 23:26:58 | TRINITY EMERGENCY PHYSICIANS, LLC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 10904521 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 19 2022 23:34:13 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES IA 50328-0001 |
| 10951780 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 19 2022 23:31:00 | WILMINGTON SAVINGS FUND SOCIETY, C/O BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 10924275 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 19 2022 23:34:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2022  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Beckett | on behalf of Creditor RESIDENTIAL MORTGAGE LOAN TRUST I BY US BANK NATIONAL ASSOCIATION, NOT IN |

| | |
|---|---|
| | ITS INDIVIDUAL CAPACITY BUT SOLELY AS LEGAL TITLE TRUSTEE abeckett@rubinlublin.com, AB-ECF-Notifications@rubinlublin.com;lcaplan@rlselaw.com;nbrown@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com; BKRL@ecf.courtdrive.com |
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Grafton Moore Weinacker | on behalf of Debtor Christopher John Andrukaitis pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com |
| J. Suzanne Shinn | on behalf of Debtor Christopher John Andrukaitis pn.igotnotices@gmail.com;bbrs.sort@gmail.com;bbrs.igotnotices@gmail.com;bbrs.sort2@gmail.com;aw.igotnotices@gmail.com;bbrssort4@gmail.com;R62238@notify.bestcase.com |
| William Kent Upshaw | on behalf of Creditor North Shelby Fire & Emergency Medical Services wkupshaw@comerupshaw.com jneedham@comerupshaw.com |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:
**Christopher John Andrukaitis**    Case No. 22-01544-DSC13
**Social Security No. XXX-XX-7208**

**Debtor(s).**

## CONFIRMATION ORDER

A confirmation hearing was held on 09/13/2022, and it is hereby

**ORDERED, ADJUDGED and DECREED:**

1. The debtor's Chapter 13 plan filed 07/06/2022 (Doc. no. 2) is **CONFIRMED**.

2. Each creditor must file a written proof of claim in the form provided by law to participate in distributions under the plan. Claims will be paid as duly filed, without hearing, unless a written objection is filed as provided by the Bankruptcy Code. If an objection is filed, the court may conduct a hearing to determine the allowed amount of the claim.

The Trustee's objection to Confirmation and Motion to Dismiss are withdrawn.

The Trustee's objection to debtor(s)' claim of exemptions is withdrawn.

3. **Attorney's Fees to be Paid Through the Chapter 13 Trustee:**

Attorney's fees are awarded to **Bond, Botes, Reese & Shinn, P. C.** and will be paid by the Chapter 13 Trustee from the Plan payments received from the debtor(s), with the following terms:

The total fee awarded to debtor(s)' attorney is **$3,500.00**. The amount of the attorney's fee paid prepetition is **$500.00**. The balance of the fee to debtor(s)' attorney is **$3,000.00,** as follows: **$1,125.00** at confirmation, **$565.00** per month for **two** months, then **$100.00** per month thereafter until paid in full.

These payments shall be made by the Chapter 13 Trustee from plan payments received from the Debtor(s), and shall NOT be paid directly by the Debtor(s).

4. Unless the plan provides otherwise, debtor will continue to pay pre-petition and post-petition utility service debt with all utility providers in the ordinary course of business in lieu of posting a deposit as adequate assurance of future utility payment under § 366 of the U.S. Bankruptcy Code and acknowledges that the automatic stay does not bar a utility's effort to collect pre-petition and post-petition utility service debt.

5. All creditors whose claims are paid direct by debtor are granted limited relief from the automatic stay to contact the debtor by mail or telephone concerning the payment of post-petition (no pre-petition) monthly installment payments.

6. If the debtor has an ongoing child support, alimony, or utility obligation and fails to make any post-petition payment for a debt on that obligation, relief from the automatic stay is granted to collect that, or any future debt, or to enforce any order or contract associated with the obligation.

7. Adequate protection payments made by the Trustee in accordance with 11 U.S.C. § 1326(a)(1) and the debtor's Chapter 13 plan are hereby approved.

8. Pursuant to Part 7 of the debtor(s)' plan, the Trustee will make the monthly payments required in Parts 3 through 6 of the plan, including the distribution of attorney's fees, in the sequence of payments set forth in Administrative Order 17-04.

9. If this case is dismissed, any monies received prior to the order of dismissal shall be distributed according to the confirmed plan.

Dated: September 19, 2022

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy